| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BRAMLETTE, III, DAVID C. | 2. Court or Organization U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 3. Date of Report 08/17/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ARTICLE III SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address POST OFFICE BOX 928 NATCHEZ, MS 39121 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Bramlette, III, David C.**

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Britton & Koontz First National Bank | Real Estate Loan | L |
| 2. First South Bank | Real Estate Loan | O |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | A | Dividend | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | Dividend | J | T | | | | | |
| 7. CSX | A | Dividend | J | T | | | | | |
| 8. Abitibi-Price, Inc. | A | Dividend | J | T | | | | | |
| 9. Highland Corp. | C | Dividend | J | T | | | | | |
| 10. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 11. First Colony Life | B | Dividend | K | T | | | | | |
| 12. Penn Mutual | A | Dividend | M | T | | | | | |
| 13. New York Life | A | Dividend | L | T | | | | | |
| 14. Charles Schwab Investment Account: | | | | | | | | | |
| 15. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 16. -Cash and Equivalents: | | | | | | | | | |
| 17. -CMA Money Fund | A | Interest | K | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:              J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only) S =Assessment                 T =Cash Market
   (See Column C2)            U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 19. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 20. -Municipal Bonds: | | | | | | | | | |
| 21. -MS St Univ. EDL Bldg. JAN 04 03.500% 8/3/13 | A | Interest | L | T | | | | | |
| 22. -MS St 5.5%10 Due 9/1/10 | A | Interest | | | Redeemed | 09/01/10 | K | | |
| 23. -MS St 5.25%13 Due 11/1/13 | A | Interest | K | T | | | | | |
| 24. -MS Dev. 3.75%Due 6/01/19 | A | Interest | K | T | | | | | |
| 25. -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 26. 1/4 int. in ▮▮▮▮ Wilkinson County, MS 10/8 - $250,000 | D | Rent | N | R | | | | | |
| 27. 1/20 int. Adams Co., MS 8/86 - $23,000 | | None | K | R | | | | | |
| 28. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 29. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 30. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 31. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 32. Wilkinson County, MS - 10/87 - $60,000 | | None | M | R | | | | | |
| 33. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 34. -Additional int. Wilkinson County, MS - $36,666.66 | | None | K | R | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Wilkinson County, MS - 1976 - $65,000 | D | Rent | L | R | | | | | |
| 36. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 37. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |
| 38. Commericial Row Woodville, MS - 1984 - $12,000 | | None | J | R | | | | | |
| 39. Partnership int. Bigbee Valley, MS - 1980 - $200,000 | D | | N | R | | | | | |
| 40. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 41. 1/4 int. Wilkinson County, MS - 1984 - $18,000 | | None | K | R | | | | | |
| 42. ▓▓▓ Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 43. Noxubee Co., MS - 1983 - $30,000 | C | | M | R | | | | | |
| 44. ▓▓▓ Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 45. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 46. 3/6th int. Concordia Parish, LA - 2/92 - $35,000 | C | Rent | O | R | | | | | |
| 47. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 48. -Additional int. Wilkinson County, MS - | | None | N | R | | | | | |
| 49. Non-producing OG&M in following counties: | | | | | | | | | |
| 50. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 51. -Pickens County, AL | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 53. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 54. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 55. -Wilkinson County, MS | E | Royalty | J | W | | | | | |
| 56. Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |
| 57. Producing minerals Jefferson County, MS Anderson Oil Co. | A | Royalty | J | W | | | | | |
| 58. Producing minerals Wilkinson County, MS - Plains Marketing | A | Royalty | J | W | | | | | |
| 59. Producing minerals Wilkinson County, MS Ergon | A | Royalty | J | W | | | | | |
| 60. Producing minerals Amite Co., MS - J.P. Oil and Gungull Expl | A | Royalty | J | W | | | | | |
| 61. Producing minerals Wilkinson County, MS Prairie Prod. Co. | A | Royalty | J | W | | | | | |
| 62. Producing minerals ANCOA-Parker 1-3 & SCBR1 | A | Royalty | J | W | | | | | |
| 63. Producing minerals Wilkinson County, MS Hood-Goldsberry | A | Royalty | J | W | | | | | |
| 64. Producing minerals Wilkinson Co., MS - Pacific-Enterprises | A | Royalty | J | W | | | | | |
| 65. Ogden Unit Wells 2, 3 & 4 | A | Royalty | K | W | | | | | |
| 66. Freedom Field Wilkinson County, MS Threshold | B | Royalty | J | W | | | | | |
| 67. Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 68. Undivided ▓▓▓▓ int. in Wilkinson County, MS | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Producing minerals Oxy-Well, Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 70. Int. in So. Canal Street Ptrnshp - 1993 - $50,000 | D | Rent | K | R | | | | | |
| 71. ▨▨▨▨ Wilkinson County, MS - 9/94 - $1,600.00 | E | Rent | P1 | R | | | | | |
| 72. Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 73. - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 74. U. S. Govt. bonds | | None | K | T | | | | | |
| 75. Mineral ints. Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 76. Smith Barney Account: | | | | | | | | | |
| 77. -Nuveen Flagship Muni. Bond | A | Interest | J | T | | | | | |
| 78. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 79. -U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 80. World Wrestling Fdn. Entmt, Inc. | A | Dividend | J | T | | | | | |
| 81. 50% int. in Geoghegan Properties, Inc. LP | C | Dividend | P1 | T | | | | | |
| 82. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 83. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 84. Interest in Hard Times, Inc. | E | Distribution | K | T | | | | | |
| 85. 2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | | None | M | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Additional 20% int. Wilkinson County, MS 5/02- $75,000 | | None | L | R | | | | | |
| 87. ▓▓▓ Wilkinson County, MS - 11/98 and 3/01 - $300,000 | | None | N | R | | | | | |
| 88. Regions Bank money market account | A | Dividend | K | T | | | | | |
| 89. 1/4 int. in▓▓▓ Adams County, MS - 1970 - $5,000 | A | Rent | J | R | | | | | |
| 90. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 91. Edward Jones Cash and Money Market account | A | Dividend | K | T | | | | | |
| 92. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 93. ▓▓▓ Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 94. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |
| 95. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 96. -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 97. Undivided int. in Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 98. National Financial Services, LLC (IRA) | A | Interest | K | T | | | | | |
| 99. Munder Funds Health Care Fund | | None | J | T | | | | | |
| 100. Britton & Koontz Bank CD | A | Interest | L | T | | | | | |
| 101. United MS Bank CD | A | Interest | L | T | | | | | |
| 102. Producing minerals Alex Ventress - Wilkinson County, MS | C | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 1/3 int. in [  ] Wilkinson County, MS - 2005 - $250,000 | | None | N | R | | | | | |
| 104. Exxon Mobil | A | Dividend | K | T | | | | | |
| 105. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 106. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 107. New Investment Acct. Stocks: Chevron | A | Dividend | K | T | | | | | |
| 108. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 109. -Ready Assets Fund | B | Dividend | L | T | | | | | |
| 110. Garmin | A | Dividend | | | Sold | 07/08/10 | J | | |
| 111. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 112. TEVA PharmaCTCL | A | Dividend | J | T | | | | | |
| 113. Forest Oil Corp. | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 114. CSX Corp. | A | Dividend | J | T | Buy | 04/21/10 | J | | |
| 115. Boeing Co. | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 116. Interest in house Woodville, LMS - 2010 - | A | Rent | J | R | | | | | |
| 117. 1/3 int. [  ] in Phillips County, AK | | None | N | R | | | | | |
| 118. Mineral production Peabody well Concordia, LA | F | Royalty | N | W | | | | | |
| 119. Britton & Koontz Bank CD | A | Interest | M | T | Redeemed | 02/10/10 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Britton & Koontz Bank CD | A | Interest | M | T | | | | | |
| 121. Concordia Bank CD | A | Interest | M | T | Redeemed | 02/10/10 | M | | |
| 122. United MS Bank CD | A | Interest | L | T | | | | | |
| 123. 22% in ▓▓▓▓ Wilkinson County, MS 10/6/10 - $509,125 | | None | O | R | Buy | 10/06/10 | O | | Kenneth O. Williams |
| 124. Minerals Wilkinson, Jefferson County,MS Concordia Parish, LA | A | Royalty | K | W | Buy | 10/28/10 | K | | Denice Parks Susan Shaffer |
| 125. | | | | | Sold (part) | 10/28/10 | K | | Vidal Davis |
| 126. 1/3 int property in Wilkinson County MS 2/13/10 - $746.053 | G | | O | R | Buy | 02/13/10 | O | | Terry Bailey |
| 127. | | | | | Sold (part) | 11/2010 | M | | John Rentz |
| 128. Mineral interest Fort McAdams, MS | | None | J | W | Buy | 10/07/10 | J | | Cindy Black |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 08/17/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Explanation regarding Item No. 5. The Entergy stock was mistakenly moved to the Charles Schwab account. This stock is individually owned as previously listed.

2. Explanation regarding Item No. 39. The type of income for this property is farm and timber income, and there was no catagory listing for this type of income.

3. Explantaion regarding item No. 43. The type of income for this property is tree farming, and there was no catagory listing for this type of income

4. Explanation regarding Item No. 102. The type of income for this property is hunting leases, and there was not catagory listing for this type of income.

5. Explanation regarding Item No. 125. There was a bulk sale to Good Hope, Inc., of all the merchantable timber on this tract. Payments were made weekly as the timber was cut and removed. Payments totaled the amount of $231,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID C. BRAMLETTE, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, III, DAVID C. | U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 05/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III SENIOR STATUS | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| POST OFFICE BOX 928<br>NATCHEZ, MS 39121 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. | MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. | BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Bramlette, III, David C.  A

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Britton & Koontz First National Bank | Real Estate Loan | L |
| 2. | First South Bank | Real Estate Loan | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | A | Dividend | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | Dividend | J | T | | | | | |
| 7. CSX | A | Dividend | J | T | | | | | |
| 8. Abitibi-Price, Inc. | A | Dividend | J | T | | | | | |
| 9. Highland Corp. | C | Dividend | J | T | | | | | |
| 10. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 11. First Colony Life | B | Dividend | K | T | | | | | |
| 12. Penn Mutual | A | Dividend | M | T | | | | | |
| 13. New York Life | A | Dividend | L | T | | | | | |
| 14. Charles Schwab Investment Account: | | | | | | | | | |
| 15. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 16. -Cash and Equivalents: | | | | | | | | | |
| 17. -CMA Money Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 19. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 20. -Municipal Bonds: | | | | | | | | | |
| 21. -MS St Univ. EDL Bldg. JAN 04 03.500% 8/3/13 | A | Interest | L | T | | | | | |
| 22. -MS St 5.5%10 Due 9/1/10 | A | Interest | | | Redeemed | 09/01/10 | K | | |
| 23. -MS St 5.25%13 Due 11/1/13 | A | Interest | K | T | | | | | |
| 24. -MS Dev. 3.75%Due 6/01/19 | A | Interest | K | T | | | | | |
| 25. -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 26. 1/4 int. in ▓▓▓▓ Wilkinson County, MS 10/8 - $250,000 | D | Rent | N | R | | | | | |
| 27. 1/20 int. Adams Co., MS 8/86 - $23,000 | | None | K | R | | | | | |
| 28. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 29. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 30. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 31. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 32. Wilkinson County, MS - 10/87 - $60,000 | | None | M | R | | | | | |
| 33. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 34. -Additional int. Wilkinson County, MS - $36,666.66 | | None | K | R | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wilkinson County, MS - 1976 - $65,000 | D | Rent | L | R | | | | | |
| 36. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 37. ░░░ lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |
| 38. Commericial Row Woodville, MS - 1984 - $12,000 | | None | J | R | | | | | |
| 39. Partnership int. Bigbee Valley, MS - 1980 - $200,000 | D | | N | R | | | | | |
| 40. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 41. 1/4 int. Wilkinson County, MS - 1984 - $18,000 | | None | K | R | | | | | |
| 42. ░░░ Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 43. Noxubee Co., MS - 1983 - $30,000 | C | | M | R | | | | | |
| 44. ░░░ Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 45. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 46. 3/6th int. Concordia Parish, LA - 2/92 - $35,000 | C | Rent | O | R | | | | | |
| 47. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 48. -Additional int. Wilkinson County, MS - | | None | N | R | | | | | |
| 49. Non-producing OG&M in following counties: | | | | | | | | | |
| 50. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 51. -Pickens County, AL | A | Royalty | | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 53. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 54. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 55. -Wilkinson County, MS | E | Royalty | J | W | | | | | |
| 56. Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |
| 57. Producing minerals Jefferson County, MS Anderson Oil Co. | A | Royalty | J | W | | | | | |
| 58. Producing minerals Wilkinson County, MS - Plains Marketing | A | Royalty | J | W | | | | | |
| 59. Producing minerals Wilkinson County, MS Ergon | A | Royalty | J | W | | | | | |
| 60. Producing minerals Amite Co., MS - J.P. Oil and Gungull Expl | A | Royalty | J | W | | | | | |
| 61. Producing minerals Wilkinson County, MS Prairie Prod. Co. | A | Royalty | J | W | | | | | |
| 62. Producing minerals ANCOA-Parker 1-3 & SCBR1 | A | Royalty | J | W | | | | | |
| 63. Producing minerals Wilkinson County, MS Hood-Goldsberry | A | Royalty | J | W | | | | | |
| 64. Producing minerals Wilkinson Co., MS - Pacific-Enterprises | A | Royalty | J | W | | | | | |
| 65. Ogden Unit Wells 2, 3 & 4 | A | Royalty | K | W | | | | | |
| 66. Freedom Field Wilkinson County, MS Threshold | B | Royalty | J | W | | | | | |
| 67. Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 68. Undivided ▓▓▓▓▓ int. in Wilkinson County, MS | | None | J | W | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Producing minerals Oxy-Well, Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 70. Int. in So. Canal Street Ptrnshp - 1993 - $50,000 | D | Rent | K | R | | | | | |
| 71. ▓▓▓▓▓▓ Wilkinson County, MS - 9/94 - $1,600.00 | E | Rent | P1 | R | | | | | |
| 72. Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 73. - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 74. U. S. Govt. bonds | | None | K | T | | | | | |
| 75. Mineral ints. Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 76. Smith Barney Account: | | | | | | | | | |
| 77. -Nuveen Flagship Muni. Bond | A | Interest | J | T | | | | | |
| 78. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 79. World Wrestling Fdn. Entmt, Inc. | A | Dividend | J | T | | | | | |
| 80. 50% int. in Geoghegan Properties, Inc. LP | C | Dividend | P1 | T | | | | | |
| 81. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 82. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 83. Interest in Hard Times, Inc. | E | Distribution | K | T | | | | | |
| 84. 2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | | None | M | R | | | | | |
| 85. -Additional 20% int. Wilkinson County, MS 5/02- $75,000 | | None | L | R | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. ▓▓▓▓ Wilkinson County, MS - 11/98 and 3/01 - $300,000 | | None | N | R | | | | | |
| 87. Regions Bank money market account | A | Dividend | K | T | | | | | |
| 88. 1/4 int. in ▓▓▓▓ Adams County, MS - 1970 - $5,000 | A | Rent | J | R | | | | | |
| 89. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 90. Edward Jones Cash and Money Market account | A | Dividend | K | T | | | | | |
| 91. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 92. ▓▓▓▓ Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 93. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |
| 94. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 95. -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 96. Undivided int. in Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 97. National Financial Services, LLC (IRA) | A | Interest | K | T | | | | | |
| 98. Munder Funds Health Care Fund | | None | J | T | | | | | |
| 99. Britton & Koontz Bank CD | A | Interest | L | T | | | | | |
| 100. United MS Bank CD | A | Interest | L | T | | | | | |
| 101. Producing minerals Alex Ventress - Wilkinson County, MS | C | Royalty | J | W | | | | | |
| 102. 1/3 int ▓▓▓▓ Wilkinson County, MS - 2005 - $250,000 | | None | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Exxon Mobil | A | Dividend | K | T | | | | | |
| 104. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 105. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 106. New Investment Acct. Stocks: Chevron | A | Dividend | K | T | | | | | |
| 107. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 108. -Ready Assets Fund | B | Dividend | L | T | | | | | |
| 109. Garmin | A | Dividend | | | Sold | 07/08/10 | J | | |
| 110. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 111. TEVA PharmaCTCL | A | Dividend | J | T | | | | | |
| 112. Forest Oil Corp. | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 113. CSX Corp. | A | Dividend | J | T | Buy | 04/21/10 | J | | |
| 114. Boeing Co. | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 115. Interest in house Woodville, LMS - 2010 - | A | Rent | J | R | | | | | |
| 116. 1/3 int Phillips County, AK | | None | N | R | | | | | |
| 117. Mineral production Peabody well Concordia, LA | F | Royalty | N | W | | | | | |
| 118. Britton & Koontz Bank CD | A | Interest | M | T | Redeemed | 02/10/10 | M | | |
| 119. Britton & Koontz Bank CD | A | Interest | M | T | | | | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Concordia Bank CD | A | Interest | M | T | Redeemed | 02/10/10 | M | | |
| 121. United MS Bank CD | A | Interest | L | T | | | | | |
| 122. 22% ████████ Wilkinson County, MS 10/6/10 - $509,125 | | None | O | R | Buy | 10/06/10 | O | | Kenneth O. Williams |
| 123. Minerals Wilkinson, Jefferson County,MS Concordia Parish, LA | A | Royalty | K | W | Buy | 10/28/10 | K | | Denice Parks Susan Shaffer |
| 124. | | | | | Sold (part) | 10/28/10 | K | | Vidal Davis |
| 125. 1/3 int property in Wilkinson County MS 2/13/10 - $746.053 | G | | O | R | Buy | 02/13/10 | O | | Terry Bailey |
| 126. | | | | | Sold (part) | 11/2010 | M | | John Rentz |
| 127. Mineral interest Fort McAdams, MS | | None | J | W | Buy | 10/07/10 | J | | Cindy Black |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Explanation regarding Item No. 5. The Entergy stock was mistakenly moved to the Charles Schwab account. This stock is individually owned as previously listed.

2. Explanation regarding Item No. 23. The type of income for this property is farm and timber income, and there was no catagory listing for this type of income.

3. Explantaion regarding item No. 43. The type of income for this property is tree farming, and there was no catagory listing for this type of income

4. Explanation regarding Item No. 102. The type of income for this property is hunting leases, and there was not catagory listing for this type of income.

5. Explanation regarding Item No. 125. There was a bulk sale to Good Hope, Inc., of all the merchantable timber on this tract. Payments were made weekly as the timber was cut and removed.

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ DAVID C. BRAMLETTE, III

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544